# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ALVINA LUCIA HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:23-CV-00133-ALM- |
| COMMISSIONER OF | § | AGD |
| SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2025, the Magistrate Judge entered a Report (Dkt. #16) recommending that the Commissioner's decision be reversed and remanded. No Party field objections to the Report.

Accordingly, having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Commissioner' decision is **REVERSED and REMANDED** for further proceedings.

**IT IS SO ORDERED.**
 **SIGNED this 31st day of March, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE